In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00038-CV


______________________________




$4,171.00 U.S. CURRENCY; 1998 PONTIAC GRAND PRIX, 


 VIN # 1G2WP12K2WF335345; AND CONTROLLED 


SUBSTANCES (METHAMPHETAMINE, METHADONE, 


ALPRAZOLAN, AND HYDROCODONE), Appellants



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the County Court at Law II


 Gregg County, Texas


Trial Court No. 2007-2348-CCL2




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION


 Cynthia Brantley, the sole appellant in this case, has filed a motion seeking to dismiss her
appeal. Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, her motion is granted. See
Tex. R. App. P. 42.1.

 We dismiss the appeal.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: April 16, 2008

Date Decided: April 17, 2008